IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KENNETH TAGGART | CIVIL ACTION<br>NO. 15-mc-255 |

## ORDER

**AND NOW**, this 29th day of June, 2016, upon consideration of Kenneth Taggart's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act (ECF No. 11), the United States of America's Response (ECF No. 14), Taggart's Reply (ECF No. 15) and oral argument heard on July 27, 2016 (ECF No. 16), it is hereby **ORDERED** that Taggart's motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1