IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CIVIL ACTION |
|---|---|
| KENNETH TAGGART | NO. 15-mc-255 |

### ORDER

**AND NOW**, this 19th day of July, 2016, upon consideration of Kenneth Taggart's Motion for Stay (ECF No. 21) and the United States of America's Response (ECF No. 25), it is hereby **ORDERED** that Taggart's motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1